**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |
|---|
| CONRADO AGUSTIN LOPEZ, |
| Petitioner, |
| v. |
| DAVID WESLING, *et al*., |
| Respondents. |

Civil Action No. 1:26-cv-12912-BEM

**RESPONDENTS' STATUS REPORT**

Pursuant to this Court's Order (ECF No. 15), Respondents respectfully provide the Court with the following status update on the release of Conrado Agustin Lopez:

On July 15, 2026, this Court entered an Order requiring the Petitioner to be provided a bond hearing by July 22, 2026. ECF No. 14. Due to a rare administrative error and oversight given the extremely high volume of cases, the Court's Order was not forwarded to the appropriate parties to schedule a bond hearing. This issue was discovered on July 22, 2026. As such and pursuant to the Court's Order, ECF No. 14. the Petitioner was released. Per agency counsel for Immigration and Customs Enforcement, the Petitioner was released on July 22, 2026. Respondents respectfully request this Court dismiss this action as the petition has been granted and the relief ordered by this Court provided.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 29, 2026          By:   */s/ Vincent Engingro III*
                                    VINCENT ENGINGRO III
                                    Special Assistant United States Attorney
                                    United States Attorney's Office
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    Tel.: 617-748-3100
                                    Email: Vincent.Engingro@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 29, 2026          By:   */s/ Vincent Engingro III*
                                    VINCENT ENGINGRO III
                                    Special Assistant United States Attorney